**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

---

In Re: Mandi Janene Davidson
    SSN/ITIN: xxx–xx–7284
    Debtor

Bankruptcy Case No.: 22–50115–KKS

Chapter: 7
Judge: Karen K. Specie

---

*ORDER DISMISSING CASE FOR FAILURE TO COMPLY*
*WITH ORDER TO SHOW CAUSE ( Doc. # 14 )*

    THIS MATTER is before the Court *sua sponte*. On 11/18/2022, the Court entered an Order to Show Cause (Doc. # 14 ) directing the Debtor(s) to show cause, if any, as to why this case should not be dismissed under 11 U.S.C. § 521(i). Because the Debtor(s) failed to file the missing document(s) and no cause having been shown, it is

    ***ORDERED***:

1. This case is DISMISSED.

2. The Court will not entertain a Motion for Reconsideration of this Order of Dismissal unless all fees are paid at the time the Motion is made.

3. The Debtor(s) is directed to immediately remit any unpaid filing fees, if due. Debtor(s) must remit all past sums due to the Clerk before filing a new petition and the Clerk is authorized to refuse any petition until fees due from prior filings are paid in full. The Court retains jurisdiction to collect all unpaid fees and the Clerk is directed to pursue all available avenues to ensure the fees are collected.

4. All pending hearings are cancelled.

***DONE AND ORDERED*** on December 6, 2022.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**Service:** Service by the Court to all creditors and parties in interest